IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS C.,<br><br>Petitioner,<br><br>vs.<br><br>TONYA ANDREWS, *et al.*,<br><br>Respondents. | Civil No. 1:26-cv-09257-MWJS<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE<br><br>A# 222-570-766 |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

Petitioner Carlos C.[1] is an immigration detainee proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 1. Petitioner entered the country without inspection. Dkt. No. 9-1, at pg. 3. Petitioner filed a habeas petition arguing, among other things, that Respondents violated his rights under the Due Process Clause of the Fifth Amendment. Dkt. No. 1, at pg. 19–20. Petitioner seeks immediate release. *Id.* at pg. 6.

The court sees no basis to grant immediate release. Instead, as Respondents concede, Petitioner is entitled to a statutory bond hearing under 8 U.S.C. § 1226(a). Dkt.

---

[1] For reasons previously explained in *Sergio D.L.S. v. Warden, Cal. City Correctional Ctr.*, No. 1:26-cv-02821-MWJS, 2026 WL 1049713, at *1 n.1 (E.D. Cal. Apr. 17, 2026), only Petitioner's first name and the initials of his last name are used in this order.

No. 9, at pgs. 1–2. But because Petitioner has made clear that he does not want a statutory bond hearing, *see* Dkt. No. 1, at pg. 6, which is the only relief he is entitled to, the court DENIES the petition. If Petitioner changes his mind and seeks to request a statutory bond hearing, he can ask for one, and if he is denied the statutory bond hearing, Petitioner is welcome to return to the court for relief.

The court therefore DENIES the petition without prejudice. Considering the foregoing, any outstanding motions are DENIED without prejudice. The Clerk of Court is DIRECTED to close this case and enter judgment for Respondents.

IT IS SO ORDERED.

DATED: November 23, 2026, at Honolulu, Hawai‘i.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge